

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,425

### EX PARTE CHARLES EMANUAL JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2009-1633-EWHC1 IN THE 367TH JUDICIAL DISTRICT COURT FROM DENTON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant entered an open plea of guilt to driving while intoxicated, and was sentenced to twenty-five years' imprisonment.

Applicant contends that he was denied the opportunity to appeal his conviction because appellate counsel was not notified of his appointment until after the deadline for filing a notice of appeal had passed.

The trial court has determined that appellate counsel was not notified of his appointment until

after the deadline for filing a notice of appeal.  We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. F-2009-1633-E from the 367th Judicial District Court of Denton County.  Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal.  All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues.  We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.


Delivered: September 29, 2010
Do Not Publish